IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 15-cv-395 |
| | ) | |
| v. | ) | |
| | ) | |
| THERAPY SUPPLY, INC., | ) | Honorable Judge Kendall |
| and JOHN DOES 1-10, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

**FED.R.CIV.P. 41(a)(1)**
**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Glen Ellyn Pharmacy, Inc. ("Plaintiff"), hereby dismisses its individual claims against Defendant, Therapy Supply, Inc., without prejudice, with each party bearing its own costs. Plaintiff's class claims against Defendant are dismissed without prejudice and without costs. This stipulation of dismissal disposes of the entire action.

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Dulijaza Clark, certify that on May 18, 2015, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following party:

    Therapy Supply, Inc.
    c/o Registered Agent: Jason Goins
    7107 Gadsden Hwy.
    Trussville, AL 35173


                                        /s/ Dulijaza Clark
                                        Dulijaza (Julie) Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)